**94–848.** Columbia Gas Transm. Corp. v. Limbach. Board of Tax Appeals, No. 90–J–444. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective July 28, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–849.** Columbia Gas Transm. Corp. v. Limbach. Board of Tax Appeals, No. 90–J–444. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective July 28, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–1154.** State v. Cannon. *Clermont County,* No. CA93–06–044. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Appellant filed his notice of appeal on May 31, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective August 1, 1994.

**94–1341.** Foos v. Black's Constr. & Trucking. *Sandusky County,* No. S–93–8. This cause is pending before the court as a discretionary appeal. Upon consideration of appellees/cross-appellants' application to dismiss their cross-appeal,

IT IS ORDERED by the court that the cross-appeal be, and the same is hereby, dismissed, effective July 28, 1994.

The discretionary appeal of appellants/cross-appellees remains pending.

**94–1476.** State v. Perdue. *Cuyahoga County,* No. 56535. Appellant has filed an untimely appeal of the court of appeals' decision denying his application for delayed reconsideration and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(A)(4) apply. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that the motion for delayed appeal be, and hereby is, stricken, effective July 28, 1994.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

**94–1503.** State v. Hines. *Warren County,* No. CA94–04–043. Appellant has filed an untimely appeal from the court of appeals' decision entered on May 27, 1994. Accordingly, in that appellant has failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1),

IT IS ORDERED by the court, *sua sponte,* that this case be, and hereby is, dismissed for lack of jurisdiction, effective July 28, 1994.

**94–1531.** State v. Williams. *Hamilton County,* No. C–920258. Appellant has filed an untimely appeal of the court of appeals' decision denying his application for delayed reconsideration and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(A)(4) apply. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that the motion for delayed appeal be, and hereby is, stricken, effective July 28, 1994.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.